**ELECTRONIC RECORD**

160-15
161-15

COA # 07-13-00149-CR      OFFENSE: 22.021

STYLE: Ernest Glenn Benton v. The State of Texas      COUNTY: Collingsworth

COA DISPOSITION: AFFIRMED      TRIAL COURT: 100th District Court

DATE: 12/09/14      Publish: NO      TC CASE #: 2878

# IN THE COURT OF CRIMINAL APPEALS

160-15
161-15

STYLE: Ernest Glenn Benton v. The State of Texas      CCA #: _____

_____ *APPELLANT'S* Petition      CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____

_____ *REFUSED* _____      JUDGE: _____

DATE: 03/18/2015      SIGNED: _____      PC: _____

JUDGE: *Per Curiam*      PUBLISH: _____      DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____